United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,** *et al.*,<br><br>              Plaintiffs,<br><br>        v.<br><br>**LEO M. COOK, INC.,** *et al.*,<br><br>              Defendants. | Case No.: 12-CV-6046 YGR<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR PARTIAL SUMMARY JUDGMENT** |

On February 4, 2013, Plaintiffs Board of Trustees, *et al.*, filed their Motion for Partial Summary Judgment. (Dkt. No. 25, *see also* Dkt. Nos. 26-29.)   In response thereto, on March 18, 2014, Defendants Leo M. Cook Inc., *et al.*, filed a notice of non-opposition to Plaintiffs' Motion for Partial Summary Judgment. (Dkt. No. 30.)

Accordingly, the Court hereby **GRANTS** Plaintiffs' motion for partial summary judgment as unopposed. Defendants are **ORDERED** to forthwith submit to an audit of their books, records, papers, and reports as required by the Agreements to which they are bound.

The Court thus **VACATES** the motion hearing set for **April 8, 2014.**

This terminates Docket No. 25.

**IT IS SO ORDERED**.

Date: April 3, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**