**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,** *et al.***,**<br><br>Plaintiffs,<br><br>v.<br><br>**LEO M. COOK, INC.,** *et al.***,**<br><br>Defendants. | Case No.: 12-CV-6046 YGR<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT LEO M. COOK, INC.,** *et al.***; SETTING DEADLINE FOR RESPONSE TO FIRST AMENDED COMPLAINT** |

On July 14, 2014, counsel for Defendant Leo M. Cook, Inc., et al, filed a Motion to Withdraw as Attorney for Defendants. (Dkt. No. 34.) The Court, having read and considered the moving papers, good cause appearing therefor, and the parties' representations at the case management conference held on July 21, 2014, hereby Orders as follows:

Defendant's counsel's motion to withdraw is **GRANTED**, *effective upon filing proof of service of this Order upon the Clients*. The Clients are hereby notified of the following effects of this order on them:

**NOTICE TO DEFENDANT CLIENTS**

Your present attorney will no longer be representing you. You may not in most cases represent yourself if you are one of the parties on the following list:

- A guardian
- A personal representative
- A guardian ad litem
- A conservator
- A probate fiduciary
- An unincorporated association
- A trustee
- A corporation

If you are one of these parties, **YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARDING LEGAL REPRESENTATION**. Failure to retain an attorney may lead to an order striking the pleadings that have been filed on your behalf or to the entry of a default judgment against you. You are further notified that it is your duty to keep the Court informed at all times of your current address. The Court needs to know how to contact you.

### DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants are hereby notified that the deadline to respond to Plaintiff's First Amended Complaint is **August 1, 2014**. Failure to respond may result in the entry of a default judgment against Defendants.

### CASE MANAGEMENT CONFERENCE

A Case Management Conference will be held in this case on **Monday, August 25, 2014** in the United States District Court at 1301 Clay Street, Oakland, California at **2:00 p.m.** in **Courtroom 1**. The parties shall file a joint case management conference statement five days in advance of the case management conference date. The statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement."

As set forth in the Court's Standing Order in Civil Cases, these conferences are intended to be substantive and productive. Accordingly, each party shall be represented at the Case Management Conference by counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters referred to in the CAND CMC Order and Civil L.R. 16-10(b). Failure to do so shall be considered grounds for sanctions.

**IT IS SO ORDERED**.

Date: **July 23, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**