**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,** *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>**LEO M. COOK, INC.,** *et al.*,<br><br>**Defendants.** | Case No.: 12-CV-6046 YGR<br><br>**ORDER SETTING COMPLIANCE HEARING; VACATING CASE MANAGEMENT CONFERENCE** |

In light of representations made by Plaintiffs regarding Defendants' failure to appear or otherwise respond to the First Amended Complaint, the Court hereby **VACATES** the case management conference set for August 25, 2014 in the above-captioned case.

The Court **SETS** a compliance hearing for the filing of Plaintiffs' Motion for Default Judgment on Friday, November 14, 2014 on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, Plaintiffs shall file a Motion for Default Judgment, or (b) a one-page STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED**.

Date: August 19, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**