1

2

3

4                        UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7   **THE BOARD OF TRUSTEES OF THE
    LABORERS HEALTH AND WELFARE TRUST
    FUND FOR NORTHERN CALIFORNIA,**                Case No.  12-cv-06046-YGR

8
                         Plaintiffs,
9                                                   **ORDER TO SHOW CAUSE RE SANCTIONS
           v.                                       AND SETTING HEARING; VACATING
10                                                  COMPLIANCE HEARING OF
                                                    NOVEMBER 14, 2014**
11  **LEO M. COOK INC, ET AL.,**

                         Defendants.
12

13          On August 19, 2014, the Court issued an Order Setting Compliance Hearing (Dkt. No. 42)

14  in light of representations made by Plaintiffs that Defendants had failed to appear or otherwise

15  respond to the First Amended Complaint.  Pursuant to that order, Plaintiffs were to file a Motion

16  for Default Judgment on November 7, 2014, or a one-page statement setting forth an explanation

17  for their failure to comply.  As of the date of this Order, Plaintiffs have failed to file either the

18  motion, or a statement explaining their failure to do so.

19          Plaintiffs are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for

20  failure to timely file the required motion or statement.

21          A hearing on this Order to Show Cause will be held on **Friday, December 5, 2014** on the

22  Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in

23  Courtroom 1.

24          By no later than **November 28, 2014**, Plaintiffs must file either (1) a motion for default

25  judgment; or (2) a written response to this Order to Show Cause why they should not be

26  sanctioned for their failure to timely file such motion.  If the Court is satisfied with Plaintiffs'

27  response, Plaintiffs need not appear and the hearing will be taken off calendar.  Otherwise, lead

28  counsel for Plaintiffs must personally appear at the hearing.  Neither a special appearance nor a

*United States District Court*
*Northern District of California*

telephonic appearance will be permitted.  Failure to file a motion, statement, or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Compliance Hearing set for November 14, 2014 is VACATED.


IT IS SO ORDERED.

Dated:  November 12, 2014

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT