**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE BOARD OF TRUSTEES,**<br><br>         **Plaintiff,**<br><br>     vs.<br><br>**LEO M. COOK INC.,** *et al.*,<br><br>         **Defendants.** | Case No.: 12-CV-6046 YGR<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF** |

The Court, having granted the Motion for Default Judgment filed by Plaintiff Board of Trustees, it is **ORDERED, ADJUDGED AND DECREED** that:

Judgment is entered in favor of plaintiff and against defendant in the amount of **$167,202.13.**

**IT IS SO ORDERED.**

Date:  April 29, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**